RAUBICHECK v. SNEDECOR.

APPEAL from judgment entered on verdict in favor of plaintiff.

*Hamilton R. Squier*, for plaintiff (respondent).

*Niles & Johnson*, for defendant (appellant).

McCARTHY, J. Upon an examination of this case we find no errors. It involved a question of fact which was fairly and fully submitted to the jury. They had a right to accept and believe the evidence of one side or the other. By their verdict, it is clear they accepted the plaintiff's version.

The judgment should be affirmed, with costs.

EHRLICH, Ch. J., concurs.
Judgment affirmed, with costs.